**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOHN E. WRENN, JR.**                                                       **PLAINTIFF**

**vs.**                                    **CIVIL ACTION NO.: 3:13cv122-MPM-DAS**

**DESOTO COUNTY, MS, et al.**                                      **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the files and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 20, 2013, was on that date duly served by mail on the pro se plaintiff at his last known address; that he acknowledged receipt of same on August 21, 2013; that more than fourteen days have elapsed since the plaintiff acknowledged receipt of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 20, 2013, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the DeSoto County Chancery Clerk and Sergeant Thomas be **DISMISSED** from this action with prejudice.

3. That the instant action proceed against the remaining defendants.

**THIS**, the 23rd day of September, 2013.

                                               /s/ Michael P. Mills
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**