UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN E. WRENN, JR.                                                                                          PLAINTIFF

v.                                                                                              No: 3:13-cv-122-MPM-DAS

DESOTO COUNTY, MS, ET AL.                                                                      DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated July 29, 1014, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that the parties were given 14 days to file any objections to the Report and Recommendation; that more than 14 days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

1) The Report and Recommendation [57] of the United States Magistrate Judge is hereby approved and adopted this the 27th day of August, 2014.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI